UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BUSBY,<br><br>　　　　　　　　Plaintiff,<br>v.<br>UNKNOWN OFFICER 1, et al.,<br>　　　　　　　　Defendants. | Case No.  2:19-cv-01555-APG-BNW<br><br>ORDER |

**I.　DISCUSSION**

　　　Plaintiff seeks a 60-day extension of time to file his first amended complaint.  (ECF No. 7 at 1).  The Court grants the motion for extension of time.  Plaintiff shall file his first amended complaint on or before May 7, 2021.  If Plaintiff fails to file a timely first amended complaint, this action shall be dismissed without prejudice.  (See ECF No. 10 at 7.)

**II.　CONCLUSION**

　　　For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 12) is granted.

　　　It is further ordered that Plaintiff shall file his first amended complaint on or before May 7, 2021.

　　　It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action shall be dismissed without prejudice.

　　　DATED March 5, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE