UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BUSBY,<br><br>                Plaintiff,<br>v.<br>UNKNOWN OFFICER 1, et al.,<br><br>                Defendants. | Case No. 2:19-cv-01555-APG-BNW<br><br>ORDER |

**I.   DISCUSSION**

On November 3, 2020, the Court issued a screening order dismissing Plaintiff's complaint without prejudice and with leave to amend by March 1, 2021. (ECF No. 10.) On February 24, 2021, Plaintiff filed a motion requesting an extension of time to file his amended complaint. (ECF No. 12.) The Court granted Plaintiff's motion and ordered Plaintiff to file an amended complaint on or before May 7, 2021. (ECF No. 13.) Plaintiff has now filed a second motion for an extension, indicating that he has spent 45 days in "SHU without any legal access," and that his legal papers, research, and books had been discarded or lost. (ECF No. 14.) Plaintiff requests another 30 days to file his amended complaint. (*Id.*) The Court grants Plaintiff's motion. Plaintiff will file any amended complaint on or before July 2, 2021.

Although the Court grans Plaintiff's motion, the Court notes that it has now been almost seven months since the Court dismissed the complaint and granted Plaintiff leave to file an amended complaint. The Court will not grant any further extensions of time. If Plaintiff does not file a complete amended complaint by July 2, 2021, this case be subject to dismissal without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 14) is granted.

///

1

It is further ordered that Plaintiff shall file his first amended complaint on or before July 2, 2021.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will be subject to dismissal without prejudice.

DATED THIS 4th day of June 2021.

_____
UNITED STATES MAGISTRATE JUDGE